UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>   Plaintiff,<br><br>v.<br><br>GAV'S AUTO SERVICE, et al.,<br><br>   Defendants. | Case No. 15-cv-03468-JSC<br><br>**ORDER REQUESTING STATUS UPDATE** |

Plaintiff filed this Americans with Disabilities Act ("ADA") access case in July 2015. (Dkt. No. 1.)  The complaint was answered as of September 2015.  (Dkt. No. 8.)  Since that time, the docket does not reflect any substantive activity even though the deadline for plaintiff to file a "Notice of need for Mediation" has passed.  Accordingly, on or before February 5, 2016, Plaintiff shall file a status report updating the Court on the status of this case, including whether Plaintiff intends to dismiss or proceed against the non-answering but served defendant KGA Business Consultants, Inc.

**IT IS SO ORDERED.**

Dated: January 27, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge