UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>    Plaintiff,<br><br>    v.<br><br>GAV'S AUTO SERVICE, et al.,<br><br>    Defendants. | Case No. 15-cv-03468-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 34 |

On July 21, 2016, this Court adopted Magistrate Judge Corley's Report and Recommendation in its entirety. ECF No. 34. Because the extinguishment of the Plaintiff's ADA claim leaves no further basis for federal question jurisdiction and the Court declines to exercise supplemental jurisdiction over the Plaintiff's remaining state law claims, the Court must dismiss this case in its entirety. Fed. R. Civ. P. 12(h)(3). Accordingly, the case is dismissed and the clerk shall close the file.

IT IS SO ORDERED.

Dated: August 18, 2016

_____
JON S. TIGAR
United States District Judge